Per curiam.
 

 Williams and Haywood, Justices.
 

 -A recovery-in trover vests the property in the defendant; and a bar in trover or verdict for the defendant, is
 
 prima jack,
 
 and most generally
 
 u
 
 proof of property in him : It is not however, conclusive, as such verdict may have been upon the ground, that the defendant bad not possession of the thing, and so had not then converted or held possession, having- a lien upon the thing until paid for the wort he bad done upon it; or because lie may have had a particular interest in the thing for years, or the like, which has since expired. In all these cases and others that might be instanced, the defendant would be entitled to a verdict; .and yet the plaintiff in an after action, be entitled to recover as1 having the property. A verdict for the defendant is therefore, only
 
 prima jade
 
 evidence of property in him, which will stand till the contrary be proven, by shewing the particular fact in evidence that occasioned the verdict to be for the defendant.
 

 There was a verdict and judgment for the plaintiff.
 

 Vide
 
 6 Re. 7. Cro. El. 667. 5 Re. 61.
 
 1
 
 Mo. 207. 2 Bl. Re. 779, 831.